UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT ROANOKE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action: 4:18cr11 |
| | Date: 06/19/2018 |
| vs. | Judge: Joel Hoppe, USMJ |
| Ashley Tiana Ross-08 | Court Reporter: FTR S. Moody |
| Tenikaua Fuller -11 | Deputy Clerk: S. Moody |
| Present/Custody | Probation Off.: Mike Terry |
| | Type of Hearing: **DETENTION HRG** |

**COUNSEL OF RECORD**

USA Attorney: Heather Carlton, Ron Huber

Atty for Deft: Terry Grimes, Brittany Haddox, Correy Diviney

**WITNESSES**

1. N/A                     1. N/A
2.                         2.
3.                         3.

**DETENTION HEARING**

✓ Parties present for hearing on Gov't's Motion for Detention Pending Trial
___ Advised as to rights
___ Govt argument for dtn  ✓ Govt withdraws mtn for dtn  ___ Deft argument for release ✓

___ Findings of Fact ~~~~

___ Mtn for Detention GRANTED for following reasons – ~~~~

Bond Set 10K Unsecured w/ Conditions as noted on bond papers.

~~Motion for Detention Pending Trial DENIED and Conditions of Release set as follows:~~

1) no viol law    2) appear trial...    3) remain residence
4) USPO supv     5) no drugs           6) urinalysis
7) no guns       8) no dogs            9)
10)              11)                   12)

___ Advised as to penalties/sanctions in open court

DEFT TO NEXT APPEAR FOR _____ as notified ON _____ BEFORE JUDGE Urbanski

**ORDERS FORTHCOMING:**
CJA 20 Voucher____  Bond ✓  Temp Dtn____  Dtn Pending Trial____  Other___

2:59 - 3:36 pm
(37 min.)

Case 4:18-cr-00011-MFU-RSB   Document 72   Filed 06/19/18   Page 1 of 1   Pageid#: 156