FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v. Ashley Diana Ross -08
Jenikqua Fuller -11

CASE NO.: 4:18CR11

DATE: June 19, 2018

TYPE OF HEARING: Bond Hearing

************************************************************************

PARTIES:
1. Joel Hoppe, USMJ
2. Ron Huber
3. Heather Carlton
4. Jerry Grimes
5. Ashley Tiana Ross - dft.
6. Brittany Haddox
7. Corey Diviney - Fuller
8. Mike Terry
9. Jenikqua Fuller - dft
10. 

************************************************************************

Recorded by: S. Moody

Time in Court: 2:59:41 begin
3:36 pm
37 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| :40 | 3 | | | | | | | | |
| 1:14 | 1 | | | | | | | | |
| 6:07 | 3 | | | | | | | | |
| 7:28 | 1 | | | | | | | | |
| 8:30 | 4 | | | | | | | | |
| 11:30 | 7 | | | | | | | | |
| 11:55 | 8 | | | | | | | | |
| 27:50 | 1 | | | | | | | | |
| 29:58 | 1 | | | | | | | | |
| 36:04 | 1 | | | | | | | | |
| 36:39 | 1 | | | | | | | | |