CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHLEY TIANA ROSS, ) <br> ) <br> Defendant. ) | Criminal No. 4:18-CR-00011 |

**ORDER TO ALLOW DEFENDANT TO SUBPOENA DOCUMENTS**

Upon Motion of defendant and for good cause shown, it is hereby

**ORDERED**

that the Clerk of this Court is directed to issue a document subpoena so that counsel for defendant can obtain the requested recordings and documents from the Danville Police Department Chief of Police, Municipal Building, 427 Patton Street, 1st Floor, Danville, VA 24543, to be produced on or before July 31, 2018 to the office of Grimes & Haddox, P.C., 320 Elm Avenue, SW, Roanoke, VA 24016.

It is further ordered that counsel for defendant is authorized to request service of the subpoenas by the U.S. Marshall without payment of any applicable service fee and that all process costs and fees be paid in the same manner as those paid for government subpoenas given defendant's indigent status.

ENTER this 6th day of July, 2018.

/s/ Michael F. Urbanski
UNITED STATES DISTRICT JUDGE