IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18-CR-00011 |
| | ) | |
| ASHLEY TIANA ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EARLY DISCLOSURE OF GRAND JURY MATERIALS

Defendant Ashley Tiana Ross, by counsel, moves for early disclosure of grand jury materials, and as grounds states as follows:

1. Fed. R. Crim. P. 16(a)(1)(B)(iii) states that "[u]pon a defendant's request, the government must disclose to the defendant, and make available for inspection, copying, or photographing, all of the following: … 'the defendant's recorded testimony before a grand jury relating to the charged offense.'"

2. The Court previously entered an order permitting disclosure of grand jury materials in this matter [ECF 4].

3. The Court also previously entered a joint discovery and inspection order ordering that defendant may inspect and copy the relevant grand jury transcripts, but set a deadline for this to occur no later than 14 days before trial [ECF 35].

4. The charges pending against Ms. Ross all surround allegations by the Government that Ms. Ross' testimony before the grand jury that returned the indictments against co-defendants in this matter contained statements that they believe are not accurate.

5. Therefore, the transcript of Ms. Ross' grand jury testimony is critical in this case. In fact, Ms. Ross cannot begin the process of preparing for trial of this matter without this evidence.

6. The United States has produced two rounds of discovery in this case, but Ms. Ross' grand jury transcript is not among the documents produced to date. If the United States waits until 14 days before trial to provide Ms. Ross this critical evidence, Ms. Ross will inevitably have to seek a continuance in order to prepare adequately for trial.

7. Ms. Ross therefore moves for entry of an order requiring the disclosure of her grand jury testimony now so that she can start the process of preparing for trial.

WHEREFORE, defendant Ashley Tianna Ross moves for entry of an order requiring the United States to produce the transcript and recording of her testimony before the grand jury forthwith.

Respectfully submitted,

ASHLEY TIANA ROSS

By    */s/Terry N. Grimes*
       Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
Brittany M. Haddox, Esq. (VSB No. 86416)
GRIMES & HADDOX, P.C
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
tgrimes@terryngrimes.com
bhaddox@terryngrimes.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record on the 4th day of September, 2018.

/s/ *Terry N. Grimes*
Terry N. Grimes