IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18-CR-00011 |
| | ) | |
| ASHLEY TIANA ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ENLARGE TIME

Defendant Ashley Tiana Ross, by counsel, joins in the motion to enlarge time to file responsive pleadings filed by defendant Dashaun Lamar Trent with respect to the United States' (1) Motion Regarding Jury Composition (ECF 383); (2) Motion to Dispose of the Use of a Jury Questionnaire or, in the Alternative, to Employ the Use of a Limited Jury Questionnaire (ECF 384); and (3) Motion for an Anonymous Jury (ECF 385).

Respectfully submitted,

ASHLEY TIANA ROSS

By  */s/Terry N. Grimes*
  Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
tgrimes@terryngrimes.com
  Counsel for Defendant

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record, on the 9th day of April, 2018.

*/s/ Terry N. Grimes*
Terry N. Grimes
