IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal No. 4:18-CR-00011 |
| ASHLEY TIANA ROSS, | ) ) ) | |
| Defendant. | ) | |

**RESPONSE TO ORDER CONCERNING JURY QUESTIONNAIRE**

Pursuant to this Court's order of April 25, 2019 (ECF 441), defendant Ashley Tiana Ross proposes that the following questions be added to the proposed jury questionnaire, to be inserted on page 6 about questions 30 – 32:

1. How serious a problem do you think racial discrimination against blacks is in Southwest Virginia?

2. In general, do you favor or oppose federal laws or affirmative action programs giving preference to women and minorities in employment and education, provided there are no rigid quotas?

3. How often does it happen these days that a less qualified black person gets a job or a promotion, only because of affirmative action?

4. In general, do you think our society treats people of all races equally? [Please explain]

5. What effects do you think racial or other forms of discrimination have on people who are the targets of the discrimination?

6. Have you ever been afraid of someone of another race? [Please explain]

7. Do you think some people use racial discrimination as an excuse for their own shortcomings? [Please explain]

8. How would you feel if a family member or relative married someone of a different race?

1

9. Have you been exposed to persons who exhibit, or who have exhibited racial, sexual, religious, and/or other ethnic prejudice? [If yes, please explain][1]

In the alternative or in addition to the above, Ross proposes that the following questions be added to the questionnaire:

1. Racial prejudice can take many forms. Tell us about your experiences with racial prejudice or where you have felt labeled.

2. Have you ever felt like you were the target of racial prejudice? Tell us about that situation or experience.

3. Have you ever had racially prejudiced thoughts about another person, even if those thoughts made you feel uncomfortable or uneasy?

4. Please tell us about experiences you have had where other people expressed racially prejudice beliefs or opinions.

5. How do you feel when someone uses a racial slur or tells a racial joke?

6. What has been your most memorable experience with someone who is African American?

7. When you are sitting at a stoplight two young black men approach the crosswalk, do you check to see if your doors are locked? Why do you check?

8. Do you have any friends who are African American? If yes, please tell us about them.

9. How would you feel if a member of your family wanted to marry someone who was African American?

10. Have you ever invited someone who is African American to your home?

11. If your child used a racial slur, what would you tell your child?

12. Would you be more inclined to believe that a black police officer would be more likely to commit a crime than a white police officer? Why?

13. Is there any other feeling or opinion you have regarding race that you feel you should share with us?

14. Multiple choice questions: Circle the answer that you feel is most true:

A. I would not want my child to marry a black person.

---

[1] See, http://www.njp.com/articles/CaseForMeaningfulVoir%20Dire.pdf (visited April 26, 2019).

2

Case 4:18-cr-00011-MFU-RSB   Document 442   Filed 04/26/19   Page 2 of 4   Pageid#: 1695

Strongly agree      Agree      Disagree      Strongly Disagree

    B. I have become angry when I hear negative remarks about a black person.

Strongly agree      Agree      Disagree      Strongly Disagree

    C. Blacks are less disciplined than whites.

Strongly agree      Agree      Disagree      Strongly Disagree

    D. No respectable white woman would ever have consensual sex with a black man.

Strongly agree      Agree      Disagree      Strongly Disagree

    E. Racial prejudice still exists.

Strongly agree      Agree      Disagree      Strongly Disagree

    F. There is more racial prejudice today than there was 30 years ago.

Strongly agree      Agree      Disagree      Strongly Disagree

    G. Black people commit more violent crimes per capita than whites.

Strongly agree      Agree      Disagree      Strongly Disagree

    H. Whites who encourage their children not to marry a black person are making a wise choice.

Strongly agree      Agree      Disagree      Strongly Disagree

    I. Whites are being discriminated against due to affirmative action programs.

Strongly agree      Agree      Disagree      Strongly Disagree

    J. Blacks use more illegal drugs than whites.

Strongly agree      Agree      Disagree      Strongly Disagree.[2]

                                         Respectfully submitted,

---

[2] See https://www.wispd.org/attachments/article/254/Building%20Theories%20and%20Themes%20around%20Racial%20Issues%20at%20Trial-%20Talking%20to%20Juries%20about%20Race.pdf (visited April 26, 2019).

ASHLEY TIANA ROSS

By    */s/Terry N. Grimes*
      Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
tgrimes@terryngrimes.com
    Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record, on the 26th day of April, 2019.

      */s/ Terry N. Grimes*
      Terry N. Grimes