IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18CR00011-08 |
| | ) | |
| ASHLEY TIANA ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEFENDANT ASHLEY TIANA ROSS' JOINDER IN OBJECTIONS
TO UNITED STATES' TRIAL EXHIBITS AND MOTIONS IN LIMINE**

Defendant, Ashley Tiana Ross, by counsel, joins in the Objections to Specific

United States' Trial Exhibits filed by defendant Dashaun Lamar Trent (ECF 545), the

Objection to Government Exhibit 324 filed by Dashaun Lamar Trent (ECF 577), the

Objection to the Government's Notice of Certain Expert Witnesses filed by Dashaun

Lamar Trent (ECF 569), and the Motion to Exclude Firearm Identification Evidence filed

by defendant Shabba Larun Chandler (ECF 581).

Respectfully submitted,

ASHLEY TIANA ROSS

By ____*/s/Terry N. Grimes*_____
Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
*tgrimes@terryngrimes.com*
Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record on the 1st day of August, 2019.

/s/ Terry N. Grimes
Terry N. Grimes