# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 4:18-cr-00011 |
| v. ) | |
| ) | |
| MARCUS JAY DAVIS, et al., ) | |
| ) | By: Michael F. Urbanski |
| Defendants. ) | Chief United States District Judge |

## ORDER

On July 9, 2019, defendant Ashley Tiana Ross filed an Objection to Government's Second Demand for Notice of Alibi and Motion for an Order Relieving any Obligation to Respond to Such Notice. ECF No. 548. The court's review of the docket does not indicate that the government has responded to this motion.

To the extent the government opposes this motion, it must file a pleading in opposition on or before September 9, 2019. If no opposition is filed by that date, the court will deem the motion well taken.

It is **SO ORDERED**.

Entered 08/28/2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge