IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 4:18-CR-00011 |
| ) | |
| ASHLEY TIANA ROSS, ) | |
| ) | |
| Defendant. ) | |

## WAIVER

I, Ashley Tiana Ross, waive any right or privilege I may have to be present at hearings in this matter scheduled for September 3 and 4, 2019.

Date: 8-30-19

_____
ASHLEY TIANA ROSS

Respectfully submitted,

ASHLEY TIANA ROSS

By   */s/Terry N. Grimes*
       Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
tgrimes@terryngrimes.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to Ronald M. Huber, Assistant United States Attorney, 255 W. Main Street, Charlottesville, VA 22902, on the 30th day of August, 2019.

*/s/ Terry N. Grimes*
Terry N. Grimes