IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18-CR-00011 |
| | ) | |
| ASHLEY TIANA ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO GOVERNMENT'S SECOND DEMAND FOR NOTICE OF ALIBI**

Defendant Ashley Tiana Ross responds to the Government's Demand for Notice of Alibi (ECF 527), as follows:

1. Ms. Ross was not at 124 Forest Lawn Drive in Danville, Virginia on August 20, 2016 from noon until 2 pm. She was at her apartment as usual in Southwyck Hills with her daughter, Harmony. She is not certain what time she woke up that morning (a Saturday), but Tanasia Coleman and Tredarius Keene (Bubba) may have been there during that time period, as both were staying some at Ms. Ross's apartment at the time. At some point during the afternoon, a family member picked Mr. Ross and her child up from the apartment to go to a birthday party.

2. With respect to August 20, 2016 from "10:00 p.m. to 11:00 p.m.," after the birthday party ended, the family drove Ms. Ross back and dropped her off at her apartment — not sure exactly what time — but she was at the apartment the rest of the night.

3. With respect to the third time period at issue, Ms. Ross awaits the government's response to the Court's order of September 4, 2019 (ECF 701, at 7).

1

Respectfully submitted,

ASHLEY TIANA ROSS

By  /s/Terry N. Grimes
         Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
tgrimes@terryngrimes.com
         Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record, on the 6th day of September, 2019.

         */s/ Terry N. Grimes*
            Terry N. Grimes