IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18-CR-00011 |
| | ) | |
| ASHLEY TIANA ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ASHLEY ROSS' JOINDER IN RESPONSES AND MOTIONS IN LIMINE

Comes now the Defendant, Ashley Tiana Ross, by counsel, and:

1. Joins Dashaun Trent's Motion for Bill of Particulars and Other Relief in re: Matthew Ferguson (ECF No. 716);

2. Joins Shabba Chandler's Motion in Limine to Exclude Witness Testimony (ECF No. 714);

3. Joins Dashaun Trent's Response to Opposition to the Government's Notice of Intent to Introduce Rule 404(b) Evidence (ECF No. 717 *[in response to ECF 651]*, and, in further support, Ross adds that she — like Dashaun Trent — is not charged with any gun related offense during or as a result of the November 2, 2016 "consensual encounter" referenced in Trent's Response. ECF No. 717, at 5 ¶7;

4. Joins Marcus Davis' Response in Opposition to the Government's Notice of Intent to Introduce Rule 404(b) Evidence (ECF No. 718 *[in response to ECF 651]*);

5. Joins Kanas Trent's Response to the Government's Motion in Limine to Preclude Improper Character Evidence (ECF No. 709 *[in response to ECF's 654 and 656]*);

6. Joins Dashaun Trent's Response to the Government's Motion in Limine Regarding References to Potential Sentences (ECF No. 666 *[in response to ECF 656]*);

1

7. Joins Kanas Trent's Motion in Limine to Redact Certificates of Analysis Re: Cartridge Casing Associations with Unrelated Danville Criminal Investigations (ECF No. 661);

8. Joins Kanas Trent's Motion in Limine to Redact Names on Exhibits (ECF No. 650);

9. Joins Dashaun Trent's Partial Objections to Government's Proposed Jury Instructions and Motion to Enlarge Time to Response Further to Proposed Instructions (ECF No. 720).

Respectfully submitted,

ASHLEY TIANA ROSS

By /s/Terry N. Grimes
    Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
tgrimes@terryngrimes.com
    Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record, on the 9th day of September, 2019.

*/s/ Terry N. Grimes*
Terry N. Grimes