IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18-CR-00011 |
| | ) | |
| ASHLEY TIANA ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBMISSION OF PROPOSED TRIAL EXHIBITS BY ASHLEY ROSS**

Defendant Ashley Tiana Ross, by counsel, hereby provides notice that her proposed trial exhibits have been submitted this day on a USB drive via hand-delivery to the office of the Clerk of Court with a copy to the United States Attorney's Office in Roanoke, Virginia.

Respectfully submitted,

ASHLEY TIANA ROSS

By  */s/Terry N. Grimes*
  Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
(540) 982-3711
(540) 345-6572 *Facsimile*
tgrimes@terryngrimes.com
  Counsel for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via the CM/ECF system to all counsel of record, on the 3rd day of October, 2019.

*/s/ Terry N. Grimes*
Terry N. Grimes